# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

CHRISTOPHER MARK THRASH                                             PLAINTIFF

VS.                                                           CAUSE NO. 1:17-CV-00057-SA-DAS

CITY OF COLUMBUS LIGHT AND
WATER DEPARTMENT                                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Confidential Settlement Agreement and General Release" executed by the parties.

SO ORDERED AND ADJUDGED, this the 20th day of September, 2018.

                                    /s/ Sharion Aycock
                                    UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| *s/Ron L. Woodruff* | *s/Timothy M. Threadgill* |
| RON L. WOODRUFF | TIMOTHY M. THREADGILL |
| WAIDE & ASSOCIATES, P.A. | BUTLER SNOW LLP |
| MS Bar No. 100391 | MS Bar No. 8886 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |